**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 NOV 19 PM 4: 20

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO.:  2:15-CR-76 (1) |
| | § | |
| ALEX VARGAS-PACHECO | § | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

On November 19, 2015, defendant ALEX VARGAS-PACHECO, by consent, under authority of United States v. Dees, 125 F.3d 261 (5ᵗʰ Cir. 1997),  appeared before me pursuant to Fed. R. Crim. P. 11, and entered a plea of guilty to Count 1 of the Indictment. After cautioning and examining ALEX VARGAS-PACHECO under oath concerning each of the subjects set out in Rule 11, I determined the guilty plea was knowingly and voluntarily entered and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of such offense.

I, THEREFORE, RECOMMEND that the guilty plea be accepted and that ALEX VARGAS-PACHECO, be adjudged guilty and have sentence imposed accordingly.

IT IS SO ORDERED.

ENTERED this 19th day of November 2015.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar the aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).